Joyce M. BOHLIN, Relator,

v.

ST. LOUIS COUNTY/NOPEMING NURSING HOME, Self–Insured, Respondent.

No. C5–00–1827.

Supreme Court of Minnesota.

Jan. 16, 2001.

Patrick M. Spott, Orman & Nord Law Offices, Duluth, for Plaintiff.

Alan L. Mitchell, St. Louis County Attorney, Timothy O. Lee, Assistant County Attorney, Duluth, for Defendant.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 20, 2000, be, and the same is, affirmed without opinion. *See* Minn.R.Civ.App.P. 136.01, subd. 1(b).